# In the United States Court of Federal Claims

No. 13-195T
Filed: May 18, 2017

|  |  |
|---|---|
| KARAMVIR SINGH, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

*John E. Cicero, II*, Bellevue, WA, for plaintiff.

*Jason S. Selmont*, U.S. Department of Justice – Tax Division, Washington, DC, for defendant.

## **ORDER**

On May 18, 2017, the parties filed a stipulation for entry of judgment pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the Court of Federal Claims as follows:

1. The parties stipulate and agree to the dismissal with prejudice of plaintiff's refund claims and defendant's counterclaim relating to the two quarterly tax periods ended December 31, 2008, and March 31, 2009.

2. The parties stipulate and agree that judgment in the amount of $21,324.36 should be entered in favor of defendant, and against plaintiff, on defendant's counterclaim relating to the quarterly tax period ended June 30, 2009, plus all statutory interest accruing thereon from the date(s) of assessment, pursuant to I.R.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until paid.

3. The parties stipulate and agree that judgment in the amount of $116,765.22 and $128,837.07 should be entered in favor of defendant, and against plaintiff, on defendant's counterclaim relating to the two quarterly tax periods ended September 30, 2009, and December 31, 2009, respectively, plus all statutory interest accruing thereon from the date(s) of assessment, pursuant to I.R.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until paid.

The stipulations are affirmed and approved. The Clerk is directed to enter judgment accordingly. Each party shall bear its own costs, attorney's fees, and other expenses of litigation.

**IT IS SO ORDERED.**

        s/ Bohdan A. Futey
        BOHDAN A. FUTEY
        Senior Judge